# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE DIVISION

| | |
|---|---|
| **KENNETH J. LABORDE, M.D.** | **CIVIL ACTION NO. 16-0734** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **NORTHWESTERN MUTUAL LIFE INSURANCE CO.** | **MAG. JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

For the reasons set forth in the Report and Recommendation of the Magistrate Judge [Doc. No. 16], which the Court finds are supported by the law and record in this matter, and noting the absence of objections,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED the unopposed Motion For Summary Judgment [Doc. No. 10] filed by Plaintiff Kenneth J. Laborde, M.D., is GRANTED. This case does not arise under the provisions of the Employment Retirement Income Security Act ("ERISA"), 29 U.S.C. § 1001, *et seq.*

MONROE, LOUISIANA, this 17th day of January, 2017.

_____

**ROBERT G. JAMES**
**UNITED STATES DISTRICT JUDGE**