# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAFAYETTE DIVISION

| | |
|---|---|
| **KENNETH J. LABORDE, M.D.** | **CIVIL ACTION NO. 16-0734** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **NORTHWESTERN MUTUAL LIFE INSURANCE CO.** | **MAG. JUDGE CAROL B. WHITEHURST** |

## JUDGMENT

For the reasons set forth in the Report and Recommendation of the Magistrate Judge [Doc. No. 34, and after an independent review of the entire record, including the written objections filed herein, and concurring with the Magistrate Judge's findings under the applicable law,

IT IS HEREBY ORDERED that Defendant's Motion For Summary Judgment [Doc. No. 25] is DENIED.

MONROE, LOUISIANA, this 6th day of September, 2017.

_____

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE